UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STANLEY "DUKE" BENNETT, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROARK CAPITAL GROUP, INC., *et al.*<br><br>Defendants. | Civil Action No. 09-0421-GZS |

DECLARATION OF AARON VANCE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTICATION

I, Aaron Vance, declare as follows:

1. I was employed by Wood Structures, Inc. as a sawyer from around 1999 until I was sent home on an unpaid leave of absence on March 16, 2009.

2. On the morning of March 16, 2009, I went into work for my usual shift in the Saco facility, from 7AM to 3PM.

3. Shortly after I punched in, all of the employees in the Saco plant were told to gather in the front of the plant where there was a meeting with Frank Paul, Dottie Guinard, and Chris Friel.

4. Frank Paul said that the company would be closing up and employees would be placed on an unpaid leave of absence. He told everyone to take any personal belongings and go home. He gave us a memo with similar information.

5.  I received my regular pay by direct deposit for time worked through March 13, 2009. I was not paid for any time on March 16, 2009 and I was not paid for any vacation time that I had accrued.

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated this 15th day of November, 2010, at Portland, Maine.


                                                     _/s/ Aaron Vance_____
                                                     Aaron Vance