UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| STANLEY "DUKE" BENNETT, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROARK CAPITAL GROUP, INC., et al.<br><br>Defendants. | Civil Action No. 09-0421-GZS |

## DECLARATION OF RENE S. ROUPINIAN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Rene S. Roupinian hereby declares the following under penalty of perjury:

1. I am a partner of Outten & Golden LLP ("O&G"), and submit this Declaration in support of Plaintiffs' counsel's request for attorneys' fees of one-third of the common fund.

2. I co-chair the WARN Act Practice Group of O&G, the nation's largest law firm devoted solely to the rights of employees.[1] Since 2002 I have devoted 100% of my practice to the litigation of WARN cases. I have served as counsel in more than 60 WARN class actions, representing tens of thousands of employees across the country. I received my undergraduate degree from the University of Michigan in 1989, and my J.D. degree in 1994 from Michigan State University College of Law. I am a member of the bars of New York and Michigan.

---

[1] O&G is a 30+-attorney firm based in New York City. It focuses on representing Plaintiffs with a wide variety of employment claims, including claims of individual and class-wide violations of wage and hour laws, WARN Act violations, discrimination and harassment based on sex, race, disability, or age, as well as retaliation, whistleblower, and contract claims.

3. I have been invited to speak on WARN by the American Bar Association, the New York State Bar Association, the National Employment Lawyers Association, the Midwest Regional Bankruptcy Seminar and other organizations. I most recently presented on WARN for the American Bar Association's program *The Last Resort: What Labor & Employment Lawyers Need to Know About Bankruptcy*. I have been quoted on WARN law rights and the firm's cases have been cited in such publications as the Wall Street Journal, the New York Times, American Lawyer, Associated Press, USA Today, Forbes, Newsday, Washington Post, Times-Gazette, The Herald News, and others.

4. In May 2008, I together with fellow partner Jack A. Raisner and the firm's client, Joe Aguiar, submitted testimony to the Senate Health Education Labor and Pensions (HELP) Committee of the U.S. Senate upon invitation from the Committee's Chair, Senator Edward M. Kennedy, on the occasion of the 20th Anniversary of the WARN Act. My testimony highlighted from a litigator's perspective, the deficiencies in the Act and its need for reform.

5. Prior to joining O&G, I litigated the following WARN cases, among others: *Law v. American Capital Strategies Ltd*, Case No. 05-00836 (M.D. Tenn. 2005); *Bandel v. L.F. Brands Marketing, Inc.*, Case No. 04-CV-01672 (S.D.N.Y. 2004); *Walsh v. Consolidated Freightways Corporation*, Case No. 03-01074 MG (Bankr. C.D. Cal. 2003); *Gardner v. Pillowtex Corporation*, Case No. 03-60213 (Bankr. D. Del. 2003); *Baker v. National Machinery Company*, Case No. 02-07444 (N.D. Ohio 2002); *Ruggier v. Teligent, Inc.*, 03-04871 (S.D.N.Y. 2003); *Trout v. Transcom USA, Inc.*, 03-00537 (S.D. Ind. 2003); *Barajas v. Gonzalez Inc.*, Case No. 02-15508 (Bankr. D. Ariz. 2002); *Scott v. Greenwood Mills. Inc.*, Case No. 02-00221 (D.S.C. 2002); *D'Andreis v. Thomaston Mills, Inc.*, Case No. 01-05142 (Bankr. M.D. Ga. 2001); *Ballentine v. Triad International Maintenance Corporation*, Case No. 01-10357 (E.D. Mich.

22001); *Andrews v. Pliant Systems Inc.*, Case No. 01-00065 (Bankr. E.D.N.C. 2001); and *Michael Cain v. Inacom Corp.*, 00-01724 (Bankr. D. Del. 2000).

      6.     At O&G, I am, or have been, plaintiffs counsel in over 30 WARN certified or putative class actions, including: *Rasheed v. American Home Mortgage Corp.*, Case No. 07-51688 (Bankr. D. Del. 2007); *Mochnal v. EOS Airlines, Inc.*, Case No. 08-08279 (Bankr. S.D.N.Y. 2008); *Mekonnen v. HomeBanc Mortgage Corporation*, Case No. 07-51695 (Bankr. D. Del. 2007); *Updike v. Kitty Hawk Cargo, Inc.*, Case No. 07-04179 (Bankr. N.D. Tex. 2007); *Aguiar v. Quaker Fabric Corporation*, Case No. 07-51716 (Bankr. D. Del. 2007); *Scoggin v. Adam Aircraft Industries, Inc.*, Case No. 08-1366 (Bankr. D. Colo. 2008); *Jones v. Alliance Bancorp*, Case No. 07-51799 (Bankr. D. Del. 2007); *Binford v. First Magnus Captial, Inc.*, Case No. 08-01494 (Bankr. D. Ariz. 2008); *Bridges v. ContinentalAFA Dispensing Co.*, Case No. 08-45921 (Bankr. E.D. Mo. 2008); *Bressmer v. Delta Financial Corporation*, Case No. 07-51808 (Bankr. D. Del. 2007); *Johnson v. First NLC Financial Services, LLC*, Case No. 08-01130 (Bankr. S.D. Fla. 2008); *Czyzewski v. Jevic Transportation, Inc.*, Case No. 08-50662 (Bankr. D. Del. 2008); *Michaels v. Southern Star Mortgage Corp.*, Case No. 08-01021 (Bankr. E.D.N.Y. 2008); *Guippone v. BH S&B Holdings LLC*, Case No. 08-cv-l0008 (CM) (E.D.N.Y. Oct. 29, 2008); *Austen v. Archway Cookies*, Case No. 08-12323 (Bankr. D. Del. 2008); *Clayton v. Continental Promotion Group Inc.*, Bankr. Case No. 08-18112 (Bankr. M.D. Fla. 2008); *Mofield v. FNX Mining Company USA Inc.*, Case No. 08-00105 (M.D. Tenn. 2008); *Kratzel v. Bill Heard,* 08-83029 (N.D. Ala. 2008); *Teta v. TWL Corp.*, 08-42773 (Bankr. E.D. Tex. 2008); *Berenshteyn v. Lehman Bros*, 08-01654 (Bankr. S.D.N.Y. 2008); *Jackson v. Qimonda*, 3:09cv060 (E.D. Va. 2009); *Bent v. ABMD, Limited*, 09-3367 (Bankr. S.D. Ohio 2009); *Nason v. Fraser Papers Corp.*, 09-00034 (D. Me. 2009); *Hudson v. Rutland Plywood Corp*, 06-00143 (D.

Vt. 2009); *Iannacone v. Fortunoff Holdings Inc.*, 09-22581 (Bankr. S.D.N.Y. 2009); *Curry v. Caritas Health Care Inc.*, 09-40901 (Bankr. E.D.N.Y. 2009); *Ross v Mid-States Express, Inc.*, 09-10818 (Bankr. N.D. Ill. 2009); *Sullivan v. GRA Liguidation, Inc.,* 09-51620 (Bankr. D. Del. 2009); and *Callahan v. Taylor Bean & Whitaker Mortgage Corp.*, 09-00439 (Bankr. M.D. Fl. 2009).

    7.    Without exception, Courts have granted undersigned counsel fees at the 33 % rate in WARN cases. Undersigned counsel was awarded attorneys' fees of 33 % in recently-settled WARN litigations in around the country.  *See Binford v. First Magnus Capital, Inc.*, Case No. 08-01494 (Bankr. D. Ariz. 2008) (class settlement of $5.5 million); *Rasheed v. American Home Mortgage Corp.*, Case No. 07-51688 (Bankr. D. Del. 2007)(class settlement of $6.5 million); *Mochnal v. Eos Airlines, Inc.*, Case No. 08-08279 (Bankr. S.D.N.Y. 2008)(certified class settlement of approximately $1.7 million); *Updike v. Kitty Hawk Cargo, Inc.*, Case No. 07-04179 (Bankr. N.D. Tex. 2007) (class settlement of $1.4 million); *Bridges v. ContinentalAFA Dispensing Co.,* Case No. 08-45921 (Bankr. E.D. Mo. 2008)(class settlement of $1.5 million); *Johnson v. First NLC Financial Services, LLC*, Case No. 08-01130 (Bankr. S.D. Fla. 2008)(class settlement of $400,000); *Aguiar v. Quaker Fabric Corporation*, Case No. 07-51716 (Bankr. D. Del. 2007) (class settlement of $l million); *Mofield v. FNX Mining Company USA Inc.*, Case No. 08-00105 (M.D. Tenn. 2008) (class settlement of $975,000).

    8.    Based on my experience as a WARN litigator in many jurisdictions across the country, I believe a 33 % fee award is necessary to encourage lawyers to take contingent fee WARN cases which are generally complicated and time-consuming.  Lawyers undertaking these cases inevitably must be prepared to make a tremendous investment of time, energy and resources. Due also to the contingent nature of the customary fee arrangement, lawyers are asked

to be prepared to make this investment with the very real possibility of an unsuccessful outcome and no fee of any kind. Moreover, these risks are heightened when the employer files for bankruptcy, which is not uncommon in the context of mass layoffs or plant closings.

    9.    Awarding less than one-third of the common fund in WARN cases may inadvertently lower the level of WARN Act enforcement. No agency is empowered to enforce the federal WARN Act; the only prosecutors are stalwart employees and their counsel. If the employees want to allocate a percentage of recovery to their counsel as fees in order to maximize their outcome in WARN litigation, they should be able 33 % level as a matter of public policy.

Dated: April 11, 2011                       /s/ Rene S. Roupinian
                                                       OUTTEN & GOLDEN LLP
                                                       3 Park Ave, 29th Floor
                                                       New York, NY 10016
                                                       Telephone: (212) 245-1000
                                                       Telecopier: (212) 977-4005